AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

District of ___Colorado___ 13-mj-00027-GPG

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| --- | --- |
| v. | (For a Petty Offense) — Short Form |
| | Case No. |
| JEFFREY D. BREWER | USM No. |
| | Stephan Schweissing |
| | Defendant's Attorney |

**THE DEFENDANT:**

■ **THE DEFENDANT** pleaded guilty to count(s)    Count 1 of the Information

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
| --- | --- | --- | --- |
| 43,CFR Section 8365.1-2(b) | Unattended personal property left longer than 10 days without authorization on BLM | 01/03/2013 | 1 |

☐ Count(s)  NA    ☐ is  ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

|  | **Assessment** | **Fine** |
| --- | --- | --- |
| **Total:** | $ 25.00 | $ 300.00 |

Last Four Digits of Defendant's Soc. Sec. No.: _____

Defendant's Year of Birth: 1994

City and State of Defendant's Residence:
Grand Junction CO

November 12, 2013
Date of Imposition of Judgment

Signature of Judge

Gordon P. Gallagher Magistrate Judge
Name and Title of Judge

November 13, 2013
Date

*Fine and Special Assessment of $325.00 to be paid within 90 days.